# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MICHAEL BENBOW

NO. 2019 KW 1193

DEC 0 6 2019

In Re:    Michael Benbow, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          503077.

**BEFORE:    McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

   **WRIT DENIED ON THE SHOWING MADE.**  Relator failed to include
the copy of the bill of information, the habitual offender bill
of information, all pertinent minute entries and/or transcripts,
and other portions of the district court record that might
support the claims raised in the writ application.
Supplementation of this writ application and/or an application
for rehearing will not be considered. See Uniform Rules of
Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.  In the event
relator elects to file a new application with this court, the
application must be filed on or before February 3, 2020.  Any
future filing on this issue should include the entire contents
of this application, the missing items noted above, and a copy
of this ruling.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT